UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ22-159 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| DANE MICHAEL BRITTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

1. Distribution of a Controlled Substance;

2. Unlawful Possession of a Firearm.

Date of Detention Hearing:    April 27, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02        1.        Defendant has been charged with a drug offense, the maximum penalty of which

03   is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04   both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05        2.        Defendant poses a risk of flight based on his prior history of failures to appear

06   and convictions for eluding and obstruction.   He poses a danger to the community based upon

07   his extensive criminal history including convictions for assault and firearms possession, his

08   extensive non-compliance under supervision, including failure to comply with drug treatment,

09   falsifying urine samples, and failing to live at his approved address; and committing new crimes

10   while under supervision.

11        3.        There does not appear to be any condition or combination of conditions that will

12   reasonably assure the defendant's appearance at future Court hearings while addressing the

13   danger to other persons or the community.

14   It is therefore ORDERED:

15   1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

16        General for confinement in a correction facility separate, to the extent practicable, from

17        persons awaiting or serving sentences or being held in custody pending appeal;

18   2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

19   3.  On order of the United States or on request of an attorney for the Government, the person

20        in charge of the corrections facility in which defendant is confined shall deliver the

21        defendant to a United States Marshal for the purpose of an appearance in connection with a

22        court proceeding; and

DETENTION ORDER
PAGE -2

01  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

02  the defendant, to the United States Marshal, and to the United State Probation Services Officer.

03      DATED this 27th Day of April, 2022.

                                        S. KATE VAUGHAN
                                        United States Magistrate Judge

DETENTION ORDER
PAGE -3